# EXHIBIT B

**GEORGE S. MOORE, RYAN DAVID MOORE &
HELENA COLEMAN-MOORE
Claimants**

V.

**COUNTRY MOTORS II, INC.
d/b/a BOB'S BUICK GMC OF MILFORD
Defendant**

## SUPPLEMENTAL ARBITER'S AWARD RE: ATTORNEYS' FEES

The undersigned arbiter, having reviewed the submissions of both counsel in the above-referenced matter and having further considered the arguments of counsel, hereby awards attorneys' fees to the plaintiffs in the amount of $13,750.

The award of attorneys' fees is mandatory based upon the plaintiffs' success on the merits of their claims pursuant to the Equal Credit Opportunity Act ("ECOA"). Plaintiffs claimed $27,000 in attorneys' fees in connection with the prosecution of this case. Defendant claimed many of the charges were not "reasonable", itemizing specific examples. Based upon a comprehensive review of the billing provided by Plaintiffs' counsel, the undersigned reduced the fees based upon the following: time being billed by multiple parties; intra-firm or intra-office communications that were billed by multiple parties; and/or communications regarding logistics, scheduling, dates and status of matters. Further, to the extent that the fees pertained to the motion(s) for sanctions filed in the federal action, the fees were not awarded as the undersigned did not find that they were not necessary to prevail on the merits of the claims pursuant to the ECOA.

Richard P. Renehan
Commissioner of the Superior Court