UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE S. MOORE; RYAN DAVID MOORE;
and HELENA COLEMAN-MOORE,
    Plaintiffs

v.                                        3:17CV988(SRU)

COUNTRY MOTORS II INC.
d/b/a BOB'S BUICK GMC OF MILFORD,
    Defendant.

## J U D G M E N T

This action having come on for consideration of the defendants' motion for judgment doc. 38, before the Honorable Stefan R. Underhill, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted plaintiffs' motion. Accordingly, judgment shall enter in favor of the plaintiffs. It is therefore;

ORDERED, ADJUDGED and DECREED, that judgment is entered for the plaintiffs George S. Moore, Ryan David Moore and Helena Coleman-Moore in the amount of $16,750.00 and attorney's fees in the amount of $13,750.00 against the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of September 2019.

                                                        Robin D. Tabora, Clerk

                                                  By /s/ Rochelle Jaiman

Entered on Docket   9/26/19                      Deputy Clerk